AO 440 (Rev 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:17cv041-SA-DAS

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* **Debra Hinkley** , who is designated by law to accept service of process on behalf of *(name of organization)* **Hope Federal Credit Union C/O William Bynum** on *(date)* **03-17-17** ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: **03-17-17**

_____
Server's signature

**Melan· Gre**
Printed name and title

**One Jackson Place, Suite 1200, Jackson, MS 39201**
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Mississippi

| | | |
|---|---|---|
| Certain Underwriters at Lloyd's, London <br><br> *Plaintiff(s)* <br> v. <br> Columbus Business Center, LLC, Titan Exteriors, Inc., Hope Federal Credit Union, and Byline Bancorp., Inc. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:17cv041-SA-DAS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Hope Federal Credit Union, a Mississippi corporation
c/o William Bynum
4 Old River Place, Suite A
Jackson, MS 39202

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Lee Ann C. Thigpen, Carroll Warren & Parker, One Jackson Place, Suite 1200, 188 East Capitol Street, Jackson, MS 39201

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

David Crews,
*CLERK OF COURT*

Date: 03/15/2017

*Signature of Clerk or Deputy Clerk*