IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON      PLAINTIFF

v.      CAUSE NO. 1:17-CV-00041-SA-DAS

COLUMBUS BUSINESS CENTER, LLC,
TITAN EXTERIORS, INC. d/b/a TITANROOF,
HOPE FEDERAL CREDIT UNION, and
BYLINE BANCORP INC.      DEFENDANTS

### AGREED ORDER DISMISSING HOPE FEDERAL CREDIT UNION

THIS MATTER is before the Court on the *Plaintiffs' Amended Motion for Default Judgment Against Defendant Hope Federal Credit Union* (Dkt. # 24, the "Amended Motion"), filed by Certain Underwriters at Lloyd's, London (the "Plaintiffs"), seeking a default judgment against Hope Federal Credit Union ("Hope"), discharging any claim Hope may have asserted against Plaintiffs in the above-captioned interpleader action (the "Action"). The Court, being advised that Hope denies that it was effectively served with process in this Action, and that Hope and the Plaintiffs nevertheless agree to the relief set forth in this Agreed Order, hereby finds that the relief set forth in this Agreed Order should be granted.

IT IS THEREFORE ORDERED AND ADJUDGED that Hope Federal Credit Union shall be, and it hereby is, dismissed from this Action, with prejudice and each party is responsible for its own costs, attorney's fees, and expenses.

IT IS FURTHER ORDERED AND ADJUDGED that any claim Hope may have asserted against the Plaintiffs in this Action, including but not limited to any claim to sums paid by the Plaintiffs under insurance policy number 002832/1300 issued by the Plaintiffs to Defendant Columbus Business Center, LLC and effective from August 30, 2013 to August 30, 2014 (the "Policy"), including the funds interpleaded by the Plaintiffs in this Action, and any claim relating

to the Policy or the insurance claim that gave rise to this Action, shall be, and they hereby are, discharged.

IT IS FURTHER ORDERED AND ADJUDGED that, except for the relief granted in this Agreed Order, the Amended Motion shall be, and it hereby is, denied.

SO ORDERED, this the 26th day of July, 2017.

/s/ Sharion Aycock
UNITED STATES DISTRICT JUDGE

AGREED TO AND APPROVED FOR ENTRY BY:

/s/ Christopher H. Meredith
William H. Leech, MSB No. 1175
Sarah Beth Wilson, MSB No. 103650
Christopher H. Meredith, MSB No. 103656
COPELAND, COOK, TAYLOR & BUSH, P.A.
600 Concourse, Suite 100
1076 Highland Colony Parkway (Zip—39157)
P.O. Box 6020
Ridgeland, MS 39158
Telephone: (601) 856-7200
Facsimile: (601) 856-7626
bleech@cctb.com
sbwilson@cctb.com
cmeredith@cctb.com
*Counsel for Hope Federal Credit Union*

/s/ Lindsey A. Davis
Lindsey A. Davis
ZELLE LLP
500 Washington Ave. S., Suite 4000
Minneapolis, MN 55415
612-339-2020
ldavis@zelle.com

*and*

Lee Ann C. Thigpen
Carroll Warren & Parker, PLLC
One Jackson Place, Suite 1200
188 East Capitol Street
Jackson, MS 39201
601-592-1010
lthkigpen@cwplaw.com
*Counsel for Certain Underwriters at Lloyd's London*